

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2014

No. 04-14-00106-CR

**EX PARTE** Otto Ray **KIETZMAN**,

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0631
Honorable Andrew Carruthers, Judge Presiding

## O R D E R

Sitting:    Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

On April 2, 2014, we dismissed this appeal for lack of jurisdiction, explaining that we had no jurisdiction to consider this interlocutory appeal. Appellant's counsel has filed a motion to withdraw as attorney of record. Counsel's motion is **DENIED WITHOUT PREJUDICE** to filing a motion to withdraw in the trial court. *See* TEX. CODE CRIM. PROC. ANN. art. 26.04(j)(2) (West Supp. 2013).

It is so **ORDERED** on the 8th day of April, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court  .

